IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KHALED SHABANI,

    Plaintiff,

    v.                                                         Case No. 20-cv-470-bbc

KRAIG KALKA AND KENNETH BROWN,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to state a claim upon which relief may be granted.

    /s/                                                            7/28/2020
Peter Oppeneer, Clerk of Court                      Date