NOTICE OF APPEAL TO THE COURT OF APPEALS FROM A JUDGMENT

OR ORDER OF A DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

CASE NO: 20-CV-470-BBC

PLAINTIFF

KHALED SHABANI

VS.

DEFENDANT

KRAIG KALKA & KENNETH BROWN.

NOTICE IS HEREBY GIVEN THAT (KHALED SHABANI) PLAINTIFF. DEFENDANT S. IN THE A BOVE NAMED CASE, HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE 7 CIRCUIT FROM THE FINAL JUDGMENT FROM AN ORDER DESCRIBING IT ENTERED IN THIS ACTION ON THE 7/28/2020 .

KHALED SHABANI
4620 FREY ST APT421
MADISON .WI.53705
8/27/2020

(AS AMENDED APR.22, 1993, EFF.DEC.1, 1993.MAR.27, 2003.EFF.DEC.1, 2003)

CERTIFICAT OF SERVICE: I CERTIFY THAT I HAVE SERVED A TRUE ACCURATE AND CORRECT COPY TO ALL PARTY .

*[signature: Khaled Shabani]*